1 **MARLIN & SALTZMAN, LLP**
Louis M. Marlin, Esq.  (SBN 054053)
2 Marcus J. Bradley, Esq. (SBN 174156)
Lynn P. Whitlock, Esq. (SBN 127437)
3 3200 El Camino Real, Suite 100
Irvine, California   92602
4 Telephone:      (714) 669-4900
Facsimile:      (714) 669-4750
5
**LAW OFFICE OF SHAUN SETAREH, APC**
6 Shaun Setareh, Esq.  (SBN 204514)
9454 Wilshire Blvd. Penthouse Suite 3
7 Beverly Hills, California   90212
Telephone:      (310) 888-7771
8 Facsimile:      (310) 888-0109

9 Attorneys for Plaintiff, individually and on
behalf of all others similarly situated
10

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVIAN CUADRAS, on behalf of herself, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> METROPCS WIRELESS, INC.; and DOES 1 through 200, Inclusive. <br><br> Defendants. | **CASE NO.**: CV 09-07897 CAS (AJWx) <br><br> Honorable Christina A. Snyder <br> (Magistrate: Andrew J. Wistrich) <br><br> **CLASS ACTION** <br><br> **ORDER EXTENDING THE DATES (1) BY WHICH PLAINTIFF HAS TO MOVE TO REMAND FOR REASONS OTHER THAN SUBJECT MATTER JURISDICTION, AND (2) BY WHICH DEFENDANT HAS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

This matter has come before the Court on the revised stipulation of the parties to extend the due dates for a motion to remand to state court by Plaintiff pursuant to 28 U.S.C. § 1447(c), on grounds other than lack of subject matter jurisdiction, and the due date for Defendant's initial response to Plaintiff's complaint. The Court accepts the parties' stipulation. The date by which Plaintiff may have to move to remand, and the date by which Defendant has to respond to Plaintiff's complaint are both extended to December 11, 2009.

DATED: December 1, 2009

_____
Honorable Christina A. Snyder
United States District Court Judge

1