1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  BETH O. ARNESE (SBN #241186)
   beth.arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:  (415) 591-7500
5  Facsimile:   (415) 591-7510

6  Attorneys for Defendant
   METROPCS WIRELESS, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VIVIAN CUADRAS, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPCS WIRELESS, INC.; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. CV09 07897 CAS AJWx<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

The parties in the above-entitled action have submitted a Stipulated Protective Order.  The Court, having reviewed the parties' Stipulated Protective Order, and for good cause appearing, hereby adopts the Stipulated Protective Order.

IT IS SO ORDERED.

Dated:   December _9____, 2009          ___Andrew J. Wistrich_____
                                        U.S. Magistrate Judge

[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER
SF01/ 664027.1

CASE NO. CV09 07897 CAS AJWx

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO