# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-7897 CAS (AJWx) | Date | June 28, 2010 |
|---|---|---|---|
| Title | *VIVIAN CUADRAS V. METROPCS WIRELESS INC ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shaun Setareh<br>Lynn Whitlock | Michael Stortz |

**Proceedings:**      SCHEDULING CONFERENCE

Hearing held and counsel are present.  The Court confers with counsel and orders the last day to file a motion for summary judgment shall be filed on or before August 6, 2010. The Court will have a Further Scheduling Conference at the same time the hearing on the motion for summary judgment is noticed.

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |