UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7897 CAS (AJWx) | Date | July 16, 2010 |
|---|---|---|---|
| Title | VIVIAN CUADRAS, ETC. v. METROPCS WIRELESS, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NOT PRESENT | NOT PRESENT |

**Proceedings:** (In Chambers:) DEFENDANT'S EX PARTE APPLICATION TO STAY AND FOR OTHER RELIEF (filed 7/13/10)

    Having reviewed and considered defendant's instant ex parte application filed July 13, 2010, and plaintiff's response filed therein, the Court finds it appropriate to set a further status conference on **September 27, 2010 at 11:00 AM**. Defendant's August 6, 2010, deadline to move for summary judgment is continued and any deadline will be re-set at the September 27, 2010 conference. Plaintiff's counsel shall provide defendant by no later than August 9, 2010, medical proof regarding plaintiff's current medical status and the best estimate of plaintiff and her physicians as to her availability to appear for deposition.[1] Finally, finding that good cause does not exist to stay discovery, the Court denies defendant's request for a stay of the instant matter.

    IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

---

[1] While defendant further seeks to file a motion for sanctions based on plaintiff's failure to disclose her medical condition at the Rule 26 meeting on June 28, 2010, the Court declines to entertain a motion made on that basis alone.