UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7897 CAS (AJWx) | Date | September 27, 2010 |
|---|---|---|---|
| Title | *VIVIAN CUADRAS V. METROPCS WIRELESS INC ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lynn Whitlock | Michael Stortz |

**Proceedings:**   STATUS CONFERENCE

Hearing held and counsel are present. The Court confers with counsel regarding the above-referenced action. Plaintiff's counsel informs the Court of possibly substituting a new representative in place of the named plaintiff. The Court sets a Telephonic Status Conference on **October 13, 2010** at **12:00 P.M. (Noon)**, in order to discuss the case further and/or reset dates. All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference.

NOTE: During the telephonic hearing, counsel must identify themselves before they speak for the benefit of the Court and the Court Reporter.

|  | 00 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |