UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7897 CAS (AJWx) | Date | October 13, 2010 |
|---|---|---|---|
| Title | *VIVIAN CUADRAS V. METROPCS WIRELESS INC ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Lisa Gonzalez | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Kristin Fritz | | Michael Stortz |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE RE: CASE

Hearing held telephonically and counsel are present. The Court confers with counsel. Plaintiff's counsel informs the Court of their intention to file a motion to amend the complaint. Upon the filing of plaintiff's motion to amend the complaint, the date that plaintiff notices the motion, shall also be the date upon which the Court will hold a Scheduling Conference.

|  | 00 | : | 15 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |