Name & Address:
MICHAEL J. STORTZ (SBN #139386)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
(415) 591-7500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VIVIAN CUADRAS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV09 07897 CAS AJWx |
| v. | |
| METROPCS WIRELESS, INC. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Declaration of Monica Egan in Support of Defendant's Motions to Compel Arbitration and Stay Litigation

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other Declaration of Monica Egan

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| December 14, 2010 | Michael J. Stortz |
|---|---|
| Date | Attorney Name |
| | Defendant, MetroPCS |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)              **NOTICE OF MANUAL FILING**              American LegalNet, Inc.
                                                                    www.FormsWorkflow.com