1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN CUADRAS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPCS WIRELESS, INC. and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. CV 09-07897 CAS AJWx<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ACTION WITH PREJUDICE** |

1   Now before this Court is the parties' Stipulated Dismissal of Action,
2   requesting dismissal with prejudice of Plaintiff Rosanna Trejo's ("Plaintiff") First
3   Amended Class Action Complaint.  The Stipulated Dismissal is hereby granted.
4   Plaintiff's claims are dismissed with prejudice.  The parties shall each bear their
5   own respective costs and attorney fees.
6   The Clerk of the Court is directed to take any necessary procedural and
7   administrative actions to terminate this action.

9   It is so ORDERED.

11  DATED:  March 7, 2012

    _____
    HON. CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE